513 A.2d 1380

**Kathleen L. LOMBARDO, now by marriage Kathleen Grisar, Respondent,**

v.

**Joseph F. LOMBARDO, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 18, 1986.

Petition for Allowance of Appeal GRANTED, No. 98 E.D. Appeal Docket 1986.